| | | |
|---|---|---|
| Reed Zars | George E. Hays | Michelle Fein |
| Utah Bar No. 16351 | Attorney at Law | Utah Bar No. 18065 |
| Attorney at Law | P.O. Box 843 | 50 W Broadway, Suite 333 |
| 910 Kearney Street | Bellevue, WA 98009 | PMB 49891 |
| Laramie, WY 82070 | (415) 566-5414 | Salt Lake City, UT 84101 |
| (307) 760-6268 | georgehays@mindspring.com | (610) 761-7643 |
| reed@zarslaw.com | (Admitted Pro Hac Vice) | michelle@fein.law |

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Harley-Davidson of Salt Lake City, LLC. (d/b/a Harley-Davidson of Salt Lake City and South Valley Harley-Davidson Shop) and Northern Utah Power Sports, LLC. (d/b/a Golden Spike Harley-Davidson and Saddleback Harley-Davidson), and Joseph L. Timmons, Jr., <br><br> Defendants. | **UPHE DISCLOSURE OF EXPERT DR. MICHAEL ST. DENIS** <br><br> Case No. 2:22-cv-473-DBB-DAO <br><br> District Judge David B. Barlow <br> Magistrate Judge Daphne A. Oberg |

Plaintiff UPHE herein designates and discloses the following expert on the issues of motorcycle emissions, parts and noise monitoring.

Dr. Michael St. Denis
Revecorp
Rocklin, California

        Respectfully,

        <u>/s/ Reed Zars</u>
        Reed Zars
        Utah Bar No. 16351
        Attorney at Law