Michael A. Zody (USB 5830)
Richard J. Angell (USB 7460)
Sarah Jenkins Dewey (USB 15640)
Whitney E. McKiddy (USB 17585)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111-2218
Tel: (801) 532-1234 / Fax: (801) 536-6111
mzody@parsonsbehle.com
rangell@parsonsbehle.com
sdewey@parsonsbehle.com
wmckiddy@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON OF SALT LAKE CITY, LLC (d/b/a Harley-Davidson of Salt Lake City and South Valley Harley-Davidson Shop); NORTHERN UTAH POWER SPORTS, LLC (d/b/a Golden Spike Harley-Davidson and Saddleback Harley-Davidson); and JOSEPH L. TIMMONS, JR., <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL OF WHITNEY E. MCKIDDY FOR DEFENDANTS** <br><br> Case No.  2:22-cv-00473-DBB-DAO <br><br> Judge David B. Barlow <br><br> Magistrate Judge Daphne A. Oberg |

PLEASE TAKE NOTICE that Whitney E. McKiddy of Parsons Behle & Latimer hereby enters her appearance as counsel of record on behalf of Defendants Harley-Davidson of Salt Lake City, LLC; Northern Utah Power Sports, LLC; and Joseph L. Timmons, Jr., and requests that she be copied electronically on all pleadings filed and notices sent in this matter, as follows:

Parsons Behle & Latimer
Whitney E. McKiddy
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
wmckiddy@parsonsbehle.com
ecf@parsonsbehle.com

DATED November 28, 2023.

/s/ Whitney E. McKiddy
Michael A. Zody
Richard J. Angell
Sarah Jenkins Dewey
Whitney E. McKiddy
PARSONS BEHLE & LATIMER

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 28, 2023, the foregoing **NOTICE OF APPEARANCE OF COUNSEL OF WHITNEY E. MCKIDDY FOR DEFENDANTS** was sent to the following:

Reed Zars
910 Kearney Street
Laramie, WY 82070
reed@zarslaw.com

George E. Hays
P.O. Box 843
Bellevue, WA 98009
georgehays@mindspring.com

Michelle Fein
50 W Broadway, Suite 333
Salt Lake City, UT 84101
michelle@fein.law

                                            */s/ Whitney E. McKiddy*

4862-2227-7780.v1