Michael A. Zody (USB 5830)
Richard J. Angell (USB 7460)
Sarah Jenkins Dewey (USB 15640)
Whitney E. McKiddy (USB 17585)
Mathew T. Bain (USB 19757)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111-2218
Tel: (801) 532-1234 / Fax: (801) 536-6111
mzody@parsonsbehle.com
rangell@parsonsbehle.com
sdewey@parsonsbehle.com
wmckiddy@parsonsbehle.com
mbain@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON OF SALT LAKE CITY, LLC (d/b/a Harley-Davidson of Salt Lake City and South Valley Harley-Davidson Shop); NORTHERN UTAH POWER SPORTS, LLC (d/b/a Golden Spike Harley-Davidson and Saddleback Harley-Davidson); and JOSEPH L. TIMMONS, JR., <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL OF MATHEW T. BAIN FOR DEFENDANTS** <br><br> Case No.  2:22-cv-00473-DBB-DAO <br><br> Judge David B. Barlow <br><br> Magistrate Judge Daphne A. Oberg |

PLEASE TAKE NOTICE that Mathew T. Bain of Parsons Behle & Latimer hereby enters his appearance as counsel of record on behalf of Defendants Harley-Davidson of Salt Lake City, LLC; Northern Utah Power Sports, LLC; and Joseph L. Timmons, Jr., and requests that he be copied electronically on all pleadings filed and notices sent in this matter, as follows:

> Mathew T. Bain
> Parsons Behle & Latimer
> 127 E. Main St., Ste. 301
> Missoula, MT 59802
> Telephone: (406) 317-7220
> Facsimile: (801) 536-6111
> mbain@parsonsbehle.com
> ecf@parsonsbehle.com

DATED June 4, 2025.

/s/ Mathew T. Bain
Michael A. Zody
Richard J. Angell
Sarah Jenkins Dewey
Whitney E. McKiddy
Mathew T. Bain
PARSONS BEHLE & LATIMER

*Attorneys for Defendants*

4902-7994-5546.v1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 4,2025, the foregoing **NOTICE OF**

**APPEARANCE OF COUNSEL OF MATHEW T. BAIN FOR DEFENDANTS** was sent to

the following:

> Reed Zars
> 910 Kearney Street
> Laramie, WY 82070
> reed@zarslaw.com
>
> George E. Hays
> P.O. Box 843
> Bellevue, WA 98009
> georgehays@mindspring.com
>
> Michelle Fein
> 50 W Broadway, Suite 333
> Salt Lake City, UT 84101
> michelle@fein.law

*/s/ Mathew T. Bain*

4902-7994-5546.v1