IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Utah Physicians for a Healthy Environment, Inc.,<br>    Plaintiff,<br>  v.<br><br>Harley-Davidson of Salt Lake City, LLC, (d/b/a Harley-Davidson of Salt Lake City and South Valley Harley-Davidson Shop) and Northern Utah Power Sports, LLC, (d/b/a Golden Spike Harley-Davidson and Saddleback Harley-Davidson) and Joseph L. Timmons, Jr.,<br>    Defendants. | Case No. 2:22-cv-473-DBB-DAO<br><br>District Judge David B. Barlow<br>Magistrate Judge Daphne A. Oberg<br><br>**JOINT MOTION FOR ENTRY CONSENT DECREE** |

    Plaintiff Utah Physicians for a Healthy Environment (UPHE) and Defendants Harley-Davidson of Salt Lake City et al. respectfully move the court to enter their Consent Decree lodged with the court on September 10, 2025 (ECF No. 166-1). The Consent Decree resolves all claims in this case and represents a fair, reasonable, and equitable resolution of this matter.

    On September 19, 2025, and September 22, 2025, the U.S. Environmental Protection Agency and the Department of Justice received, respectively, a copy of the Consent Decree. The federal government's 45-day review and comment period of the Consent Decree, set forth in the Clean Air Act at 42 U.S.C. § 7604(c)(3), ended on November 6, 2025. ECF No. 167. The federal government provided no comment on the Consent Decree by November 6, 2025.

    A proposed order is provided herewith.

DATED: November 10, 2025

                                              FOR PLAINTIFF

                                              _s/ Reed Zars_____  
                                              Reed Zars (USB 16351)  
                                              Attorney at Law  
                                              910 Kearney St.  
                                              Laramie, WY 82070  
                                              307-760-6268  
                                              reed@zarslaw.com

                                              FOR DEFENDANTS

                                              _s/ Michael A. Zody_____  
                                              Michael A. Zody (USB 5830)  
                                              Attorney at Law  
                                              Parsons Behle & Latimer  
                                              201 S. Main Street, Suite 1800  
                                              Salt Lake City, UT 84111  
                                              801-536-6818  
                                              mzody@parsonsbehle.com